# Exhibit 1

Blog   Threats   Scams   MBTV   Forums



CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

# Malwarebytes gets tougher on PUPs

Posted October 5, 2016 by Marcin Kleczynski

Several years ago, I blogged that we would be increasing how aggressive we would be in detecting Potentially Unwanted Programs (PUPs) and our fantastic malware intelligence and research teams have delivered on that promise. Last year, we removed approximately *500 million traces of PUPs per month*!

In response, a lot of the PUP developers are making efforts to circumvent our criteria and continue distributing their damaging software to users. This is why we are getting even more critical about what we call a PUP, and what we are going to be detecting and removing from user systems.

Earlier this morning, Malwarebytes posted a revision to the criteria that we use to identify PUPs.

These changes are to help continue that fight against products and companies that scam users on the Internet.

Our efforts have resulted in making users' systems safer and more productive by removing these kinds of software. Unfortunately, we have also received a lot of negative attention from the PUP developers. This has resulted in backlash ranging from nasty blog posts and comments from fake profiles defending the products to, of course, a mountain of letters with legal letterheads demanding that we stop.

Now some people might think of this as something that would slow us down, but we see it as proof that we are making a dent in the development and distribution of PUPs.

You can learn more about our new PUP criteria here.

**SHARE THIS ARTICLE**

**COMMENTS**

- *Mike Yanczysin*
  Marcin: Good post, but I am wondering – during your long walks on beaches, how do you avoid the fish?

- *Uncle_Al*
  Marcin, I have never understood why security companies avoided dealing directly with PUPs. They are infections and instead of being PUPs, I have always viewed them as PUSS. Instead of Potentially >> Positively Unwanted Surreptitious Software or whatever one may feel fits best. I, however, hope you not are limited by law with respect to any of the definitions you posted in the explanation. Otherwise, you have certainly bitten off a big chunk. I will recommend that all of my friends, relatives, and those who ask me about security, buy your product if I am convinced it meets the tests. Over the years I have dealt with PUSS – starting with Windows 3.0. I think that it is more insidious than the more – uh – nefarious programs, including ransomware.

- *Marcin Kleczynski*
  It's complicated.

- *https://vivaldi.net/unity/profile/chas4/6-blog Chas4*
  I reported a big developer who has been abusing their Developer ID and has 7 pieces of Malware in their 2 macOS apps (the malware changes Safari homepage, search and adds extensions, and displays ads, does it to other browsers also) and they have been doing so for a few years now, the malware, Malwarebytes for Mac detects

**RELATED ARTICLES**

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

## Welcome to Malwarebytes Unpacked

April 20, 2012 - Malwarebytes was founded with the community in mind. Facebook, Twitter, our forums, and countless other outlets have allowed us to communicate with you, our community. We felt a major piece was missing. Welcome to Malwarebytes Unpacked. Malwarebytes Unpacked is the official Malwarebytes blog providing you with the latest exciting news and cutting edge research directly...

CONTINUE READING                                                                                   6 Comments

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

## Yesterday's Database Update Issue

April 16, 2013 - It saddens me to report that at around 3 PM PST yesterday, Malwarebytes released a definitions update that disabled thousands of computers worldwide. Within 8 minutes, the update was pulled from our servers. Immediately thereafter, users flocked to our support helpdesk and forums to ask us for a fix. I want to offer my sincere...

CONTINUE READING                                                                                   6 Comments

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

## Improvements to our Updating Process

April 18, 2013 - It's been a rough week here at Malwarebytes, and I'm sure for many of you as well. We've spent the entire week focused on supporting the users affected by Monday's false positive, as well as implementing systems to prevent this type of problem from ever happening again. If you have not yet received help, please route...

CONTINUE READING

 2 Comments

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

## Vulnerability Bounty Hunting In Action

July 23, 2013 - Last week, security researcher Roy Castillo posted a recount of interactions with Facebook about a bug that he had found. Will bug bounty hunting become the norm?

CONTINUE READING

 0 Comments

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

## Malwarebytes Adopts Aggressive PUP Policy

July 26, 2013 - Malwarebytes Anti-Malware previously detected only harmful or deceiving PUPs. Today, We're revising our policy to include PUPs that our users find annoying or misleading.

CONTINUE READING                                                                 10 Comments

### ABOUT THE AUTHOR



Marcin Kleczynski

CEO and Co-Founder of Malwarebytes

Likes long walks on the beach and hates fish.

## CATEGORIES

101

Cybercrime

Malwarebytes news

Security world

Threat analysis

## SUBSCRIBE

Email



Subscribe to RSS

## TOP POSTS

Top 10 ways to secure your mobile phone

PSA: DetoxCrypto Ransomware imitating Malwarebytes

IT companies unite against illegal online hate speech

Surfacing HTA infections

PUP Friday: Nikoff Security

COMPANY

For Home

For Business

About/Leadership

Partnerships

Success stories

Webinars

NEED HELP?

Support

Forums

Release history

User Guides

LABS

Blog

Threats

Contributors

Glossary

NEWSLETTER

Enter your email address                Submit

CONTACT

Malwarebytes

3979 Freedom Circle, 12th Floor

Santa Clara, CA 95054

EULA   Privacy   Terms of Service   © 2016 Malwarebytes

Language: English