# Exhibit 4



Interests: Technical Support,
Malware Removal & Analysis,
Information Security, Gaming.

---

## celee
Staff
●●●●



**Administrators**
448 posts
Location: San Jose, Calif.

Posted Wednesday at 03:04 PM     ID: 3

Hi , according to our researchers, we're being more aggressive now i.e. Reg cleaners, optimizers, etc.

The biggest change is this criteria we use: "predominantly negative feedback or ratings from the user community"

https://www.malwarebytes.com/pup/

-Cecile

---

## Aura
Bleepin' Special Ops Tech
Warrior
●●●●●●



**Trusted Advisors**
1,986 posts
Location: Québec, Canada
Interests: Technical Support,
Malware Removal & Analysis,
Information Security, Gaming.

Posted Wednesday at 03:04 PM     ID: 4

Guessed as much, thanks Cecile! 😃

---

## Create an account or sign in to comment
You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

[Register a new account]

### Sign in
Already have an account? Sign in here.

[Sign In Now]



**GO TO TOPIC LISTING**
Malwarebytes News

## Recently Browsing    0 members

No registered users viewing this page.

 Home  ›  Announcements  ›  Malwarebytes News  ›                       All Activity
New Criteria for Detecting Potentially Unwanted Products (PUPs)

Privacy Policy      Contact Us

 Back to Top

Malwarebytes
Community Software by Invision Power Services, Inc.