# Exhibit 5

















Hacked Steam Accounts Spreading Remote Access Trojan

A Remote Access Trojan is being distributed through hacked Steam Accounts sending SPAM that contain download links to the Trojan. Once the Trojan is installed, it will allow the attacker to gain full access to the computer and all the files contained on it.

LAWRENCE ABRAMS   SEPTEMBER 30, 2016   08:26 PM   5



GOOGLE, SECURITY

Google Chrome 53.0.2785.143 m fixes Remote Code Execution Vulnerabilities

Version 53.0.2785.143 m of Google Chrome was released today that fixes for 2 remote code execution vulnerabilities that were submitted to Pwnium. Remote code execution vulnerabilities are considered critical as it could allow attackers and malicious web sites to remotely execute any command they wish on an affected computer.

LAWRENCE ABRAMS   SEPTEMBER 30, 2016   01:51 PM   3



SECURITY

The Week in Ransomware - September 30 2016 - Princess Locker, Locky switching to ODIN, Decryptors, and More!

This week really picked up when it comes to ransomware news. Lots of new variants, new decryptors, and new ransomware. Of particular interest this week is Locky switching to using the ODIN extension and for security companies releasing a lot of decryptors this week.

LAWRENCE ABRAMS   SEPTEMBER 30, 2016   11:20 AM   0



SPONSORED  DEALS

New Deal: 98% off the The Ultimate Software Testing Bundle

This online course bundle contains 11 courses with over 84 hours in training on how to be a software tester. These courses would be normally priced at $3,300.00 if bought together, but have been discounted 98% to $59.  Please note that certificates of completion will be provided, but no vouchers for any exams come with this deal.

LAWRENCE ABRAMS   SEPTEMBER 30, 2016   09:00 AM   0



SECURITY

Kaspersky decrypts Ransomware from TeamXRat

Kaspersky posted a great article about their TeamXrat Ransomware analysis and how they were able to create a decryptor for its victims.  Reported back in mid September in our forums, I and other security researchers were never able to find an actual sample of the malware.

LAWRENCE ABRAMS   SEPTEMBER 29, 2016   05:23 PM   1

SECURITY

Introducing Her Royal Highness, the Princess Locker Ransomware

Today we bring you Princess Locker; the ransomware only royalty could love.  First discovered by Michael Gillespie, Princess Locker encrypts a victim's data and then demands a hefty ransom amount of 3 bitcoins, or approximately $1,800 USD, to purchase a decryptor.

LAWRENCE ABRAMS   SEPTEMBER 28, 2016   06:42 PM   5

1  2  3  4  5  >  »

VIEW MORE



LATEST DOWNLOADS

Windows Repair (All In One)  844,674 DOWNLOADS
Version: 3.9.12

VoodooShield  13,924 DOWNLOADS
Version: NA

VirtualBox for Windows  12,728 DOWNLOADS
Version: 5.1.6

Malwarebytes Anti-Ransomware  166,982 DOWNLOADS
Version: 0.9.17.661

Hardware Identify  32,145 DOWNLOADS
Version: 2.1.1



NEWSLETTER SIGN UP                MAIN SECTIONS       COMMUNITY       USEFUL RESOURCES       COMPANY

Email Address...        SUBMIT     News                Forums          Welcome Guide          About BleepingComputer
                                   Downloads           Forum Rules                            Contact Us
Follow us:                         Virus Removal Guides Chat                                  Advertising
                                   Tutorials                                                  Write for BleepingComputer
                                   Startup Database                                           Social & Feeds
                                   Uninstall Database                                         Changelog
                                   File Database
                                   Glossary

User Agreement  -  Privacy Policy                                      Copyright @ 2003 - 2016 Bleeping Computer® LLC  - All Rights Reserved