# Exhibit 6



Home  >  News  >  Security  >  Malwarebytes going to battle with PUPs and Adware          106          6

# Malwarebytes going to battle with PUPs and Adware

By **Lawrence Abrams**          October 5, 2016          07:31 PM          6



Today, Marcin Kleczynski, the Chief Executive Officer of Malwarebytes, announced in a blog post that Malwarebytes is going to battle with PUPs (Potentially Unwanted Programs) and thus the companies that make them.  With adware and PUP programs getting out of hand and many of them exhibiting malware-like characteristics, Malwarebytes had previously decided to be more aggressive against adware and PUP programs.

Unfortunately, over time the PUP developers and distributors created more aggressive distribution methods and new techniques to avoid security programs that detect them. Due to

this, Malwarebytes has updated their PUP criteria to be even more aggressive on how they categorize PUPs and target them.

Based on Malwarebyte's updated PUP criteria, starting today their products will detect programs that exhibit the following behavior:

- obtrusive, misleading, or deceptive advertising, branding, or search practices
- excessive or deceptive distribution, affiliate or opt-out bundling practices
- aggressive or deceptive behavior especially surrounding purchasing or licensing
- unwarranted, unnecessary, excessive, illegitimate, or deceptive modifications of system settings or configuration (including browser settings and toolbars)
- difficulty uninstalling or removing the software
- predominantly negative feedback or ratings from the user community
- diminishes user experience
- other practices generally accepted as riskware, scareware, adware, greyware, or otherwise commonly unwanted software by the user community

As I have said numerous times, PUP distributors and developers are getting out of control and need to be stopped. They are creating adware and PUPs that are not only distributed in a deceptive manner, but in many cases also include characteristics that are only found in computer infections. These characteristics could include backdoors, rootkits, and persistence techniques that make the programs difficult to remove.

Though anyone with common sense would say that these programs should be considered malware, instead they are classified as PUPs, or not detected at all, because security companies are afraid of legal threats from the PUP developers. In fact, the term PUP, or Potentially Unwated Program, was created to avoid calling these programs malware and to avoid legal consequences of doing so.

With that said, kudos to Malwarebytes for taking a stand against aggressive adware and PUPs.



ADWARE     MALWAREBYTES     PUP

### LAWRENCE ABRAMS

Lawrence Abrams is the creator and owner of BleepingComputer.com. Lawrence's area of expertise includes malware removal and computer forensics. Lawrence Abrams is a co-author of the Winternals Defragmentation, Recovery, and Administration Field Guide and the technical editor for Rootkits for Dummies.

‹ PREVIOUS ARTICLE         NEXT ARTICLE ›

## Comments



**TheJokerz** - 1 day ago

Go Malwarebytes!! Thanks for the share!



**Angoid** - 1 day ago

What would be really strange is if anyone can think of any other anti-malware program that fits any of those descriptions .... not that I can think of one of course :)



**Gorbulan** - 1 day ago

GOOD!



**Tonst3r** - 1 day ago

THANK GOD!! It's about time SOMEONE took a stand on this BS! PuP's are malware by every definition and I've been over their nonsense for years!!!!



**kenhall5551** - 22 hours ago

Bundled software is a real problem for many "free' programs and apps. If they made it clear and easy to 'opt-out" of these bundled offers, they might be O.K. Nothing wrong with trying to make a buck, but to be deceptive about it or to add new "features" to your device without your consent is just plain wrong.



**Bambinoo** - 2 hours ago

Excellent...thumbs up MWB!

| Post a Comment | Community Rules |
|---|---|

You need to login in order to post a comment

Login

Not a member yet? Register Now

## You may also like



**WILDFIRE RISES FROM THE GRAVE AS THE REBRANDED HADES LOCKER**



**CERBER RANSOMWARE SWITCHES TO A RANDOM EXTENSION AND ENDS DATABASE PROCESSES**



**HACKED STEAM ACCOUNTS SPREADING REMOTE ACCESS TROJAN**



**KASPERSKY DECRYPTS RANSOMWARE FROM TEAMXRAT**



### LATEST FORUM TOPICS

Hp power supply on ASROCK motherboard

alexcomputer500 in Internal Hardware

BSOD problem

Atoz44 in Windows Crashes, BSOD, and Hangs Help and Support

Seeing Traffic from 195.22.26.248. Not sure if this is bad.

Lerxst23 in Am I infected? What do I do?

## NEWSLETTER SIGN UP

To receive periodic updates and news from BleepingComputer, please use the form below.

Email Address…

**Submit**





## LATEST
## DOWNLOADS


Windows Repair (All In One)
Version: 3.9.12

**844,667**
DOWNLOADS


VoodooShield
Version: NA

**13,924**
DOWNLOADS



VirtualBox for Windows

Version: 5.1.6

**12,728**
DOWNLOADS



Malwarebytes Anti-Ransomware

Version: 0.9.17.661

**166,981**
DOWNLOADS



Hardware Identify

Version: 2.1.1

**32,145**
DOWNLOADS





## NEWSLETTER SIGN UP

Email Address...        **SUBMIT**

Follow us:    

# MAIN SECTIONS

News

Downloads

Virus Removal Guides

Tutorials

Startup Database

Uninstall Database

File Database

Glossary

# COMMUNITY

Forums

Forum Rules

Chat

# USEFUL RESOURCES

Welcome Guide

Sitemap

# COMPANY

About BleepingComputer

Contact Us

Advertising

Write for BleepingComputer

Social & Feeds

Changelog

User Agreement  -  Privacy Policy

Copyright @ 2003 - 2016  **Bleeping Computer**® **LLC**  - All Rights Reserved