# Exhibit 7



No registered users viewing this page.

Home > Malwarebytes Tools and Other Products > Malwarebytes AdwCleaner > SpyHunter RemovalFrom Twitter    All Activity

Privacy Policy    Contact Us

▲ Back to Top
Malwarebytes
Community Software by Invision Power Services, Inc.