# Exhibit 8



# RJ Singh

Regional Vice President at Malwarebytes

Greater New York City Area | Computer & Network Security

| | |
|---|---|
| Current | Malwarebytes |
| Previous | Zscaler Inc., NitroSecurity (Intel Security), Q1 Labs (IBM Security) |
| Education | NYU |
| Recommendations | 19 people have recommended RJ |

**500+** connections

## View RJ'S full profile. It's free!

Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

**View RJ'S Full Profile**

🌐 View this profile in another language ▼

**Find a different RJ Singh**

[First Name] [Last Name] 🔍

**Example:** RJ Singh


**RJ Singh**
Vice President Information Technology at Lifetouch
United States


**RJ Singh**
Analyst at Bank of America
United States


**RJ Singh**
Data Scientist at Metis
United States


**RJ Singh**
Financial Analyst
United States


**R.J Singh**
Management Consulting Professional
United States

**More professionals named RJ Singh**

### Published by RJ
See more ▸


**Ransomware growing and damaging across all industries - a CNN story !!!**
September 15, 2016


**Major institutional funding comes as Malwarebytes' enterprise cybersecurity business gains significant traction**
January 22, 2016


**Malwarebytes Tops $100 Million Run-Rate**
December 14, 2015

### Public profile badge

Include this LinkedIn profile on other websites

**View profile badges**

### People Also Viewed


**Cynthia Hulton**
Director, Demand Generation at Malwarebytes


**Marcin Kleczynski**
CEO at Malwarebytes


**Monty Venkersammy**
Vice President of Business Development at Malwarebytes


**Peter Brownell**
Regional Vice President-West at Malwarebytes


**Clayton Cain**
Regional Sales Director at Malwarebytes


**Thomas Miller**
SVP Worldwide Sales and Business Development, Malwarebytes

## Summary

RJ Singh is a seasoned sales leader with long history of successful coach and player roles at multiple technology start-ups. He shares deep and wide knowledge of technology industry and it's innovation that empowers people and businesses globally.

He has spent 25 plus years performing active roles in sales leadership, business development, partner relationships, and consulting services at variety of fast-growing technology companies and start-ups resulting in high growth revenue and increased shareholder value.

RJ leads as Regional Vice President at Malwarebytes. Previously, RJ led as Regional Sales Director at Zscaler, Sales Director at NitroSecurity (acquired by Intel Security) and Director of Eastern Sales at Q1 Labs (acquired by IBM). At these companies, RJ was instrumental in building business from ground-up, recruiting right channel partners and leading sales team to rapidly win high profile customers in key vertical markets. RJ spent eight years at Protegrity where he joined as Sales Director and rose through the ranks to lead North American sales team. Prior to this, RJ had successful careers at Memco (acquired by CA) and Trusted Information Systems (acquired by Network Associates).

RJ holds M.S. and B.S. degrees in Computer Science and double minors in Mathematics and Business Administration from Northern Illinois University. RJ studied Investment Banking and

related topics at NYU Graduate School.

## Experience

### Regional Vice President
Malwarebytes
September 2015 – Present (1 year 4 months) | Greater New York City Area



Malwarebytes provides software designed to protect consumers and businesses against malicious threats that consistently escape detection by other antivirus solutions. Malwarebytes Anti-Malware Premium the company's flagship product, employs a highly advanced behavior-based detection engine that has removed more than five billion malicious threats from computers worldwide. More than 50,000 SMBs and enterprise businesses worldwide trust Malwarebytes to protect their data. Founded in 2008, the self-funded company is headquartered in California, operates offices in Europe, and employs a global team of researchers and experts. For more information, please visit us at www.malwarebytes.org.

### Regional Sales Director - New York
Zscaler Inc.
January 2013 – August 2015 (2 years 8 months)



Zscaler Cloud Security Solution delivers unified, carrier-grade Internet security, advanced persistent threat (APT) protection, data loss prevention, SSL decryption, traffic shaping, policy management and threat intelligence – all without the need for on-premise hardware, appliances or software.

 Impacted revenue within 100 days closing 4 deals in excess of million dollars.
 Recognized as "Top Global Sales" during Zscaler 2013-2014 Third-QTR Review..
 Finished Fiscal 2013-2014 strong and won "Presidents Club" at Zscaler Annual Awards.
 Recognized as "Top USA Sales Performer" during Zscaler 2014-2015 First-QTR Review.
 Finished Top-3 in Fiscal 2014-2015 and won Presidents Club at Zscaler Annual Awards.
 Increased ARR (Annual Recurring Revenue) five-fold during the tenure at the company.

### Sales Director
NitroSecurity (Intel Security)
August 2010 – December 2012 (2 years 5 months)

 Intel / McAfee acquired NitroSecurity.
 Technology sold included Log Mgmt, SIEM, IDS/IPS, Database and Application Monitoring.
 Sold over $200K revenue within 60 days of joining the company.
 Tripled number of customers in my region within 12 months.
 Achieved 100% quota every year.
 Actively participated in growing company revenue from $15M to $25M in 16 months.
 Actively participated in taking company from Niche player to Leader in Gartner Quadrant.
 Put company on the map with Financials, HealthCare, Pharma, NJ State and NYC agencies.
 Recruited and trained half a dozen VARs to independently sell Nitro solution.

### Director of Eastern Area Sales
Q1 Labs (IBM Security)
August 2007 – July 2010 (3 years)



 IBM acquired Q1 Labs.
 Technology sold included Log Mgmt, SIEM and Application Monitoring
 Doubled number of customers in my region within 90 days – a company first.
 Sold 35 new accounts in 24 months – a company first.
 Sold 6 new federal accounts – a company first.
 Built 12 members senior team in Eastern U.S. to drive revenue to $6.5M plus.
 Achieved over 100% revenue for my team and 120% revenue for my own territory every year.
 Recruited and trained a dozen VARs to independently sell Q1 Labs' solution.
 Teamed with billion dollar OEM partners to win major accounts.
 Put company on the map with Federal, NYC financials, State and City agencies.

 Brian Henger

 Roger Cobb
Vice President of Worldwide Channel Sales at Malwarebytes

 Anthony Getto
Regional Director at Malwarebytes

 Linh Mings
Director, Enterprise Sales at Malwarebytes

**in PROFINDER**



Hire independent Intellectual Property Lawyers like RJ

**Post your project – It's free →**
See Intellectual Property Lawyers available for hire



Find career opportunities
Add a position to get relevant job recommendations.

Update your profile

- Actively participated in taking company from Niche player to Leader in Gartner Quadrant
- Actively participated in growing company revenue from $5M to $20M in two years.
- Won 5 major category Awards and President's Club in 24 months – a company first.

### Head of North American Sales
Protegrity
May 1999 – July 2007 (8 years 3 months)

- Technology sold included Database and File Level Encryption.
- Sold first beach head accounts at leading Financial, eCommerce and Consumer markets.
- Achieved 100% revenue and corporate objectives year after year.
- Increased revenue 10 fold ($300K to $3M) in 36 months.
- Executed Sales and Business Development Strategies to drive revenue.
- Built 12 members senior team throughout U.S. and Canada over the years.
- Built and executed channel strategy successfully for the company.
- Multiple Awards and Recognitions.

### Director of Systems Engineering
CA Technologies
May 1995 – April 1999 (4 years)

- Technology sold included Root and App Control, Security Audit, SSO and Firewall solutions.
- CA acquired Platinum which acquired Memco which acquired NIT.
- Network Associates acquired TIS (Trusted Information Systems) which acquired Haytack Labs.
- Led 3 member team as pre-sales and post-sales resource to win Fortune 1000 clients.
- Achieved over 100% team sales objectives.

### Scientific Computing Programmer
Northern Illinois University
May 1989 – April 1995 (6 years)

- Prepared and taught TCP/IP Internet technologies to Faculty and Graduate Students.
- Installed, maintained, and provided user support for Internet client/server TCP/IP systems.
- Wrote and published various technical articles on University Computing News publication.
- Provided technical leadership to 3 graduate students.

Volunteer Experience & Causes

### Founder / Co-ordinator
TND Foundation
1992 – 2008 (16 years) | Social Services

### Opportunities RJ is looking for:

- Joining a nonprofit board

### Causes RJ cares about:

Arts and Culture
Children
Economic Empowerment
Education
Health
Poverty Alleviation
Science and Technology

**Organizations RJ supports:**

Peace Corps

## Education

### NYU
Graduate Studies, Investment Banking
2008 – 2009



Activities and Societies: Venture Capital, Private Equity and Hedge Fund Seminars

### Northern Illinois University
Master of Science (M.S.), Computer Systems Networking and Telecommunications
1989 – 1991



Activities and Societies: International Student Organization

### Northern Illinois University
Bachelor of Science (B.S.), Computer Science, Mathematics and Business Administrations
1985 – 1989



Activities and Societies: International Student Organization, The ViewPoints Publication

### The Air Force School Academy
Pre-College, Physics, Chemistry, Mathematics, English and Engineering Drawing
1983 – 1985

Activities and Societies: Music Group

### St. Xavier's School
High School
1973 – 1983

Activities and Societies: Elocution Contests, Essay Competition, Spelling Contests, One-Act Play Festivals, Music Club

## Courses

### Independent Coursework

- Investment Banking, IPO, M&A, Hedge Funds and Corporate Finance
- Enterprise Sales and Marketing Strategies
- Stocks & Bonds Investment Seminars
- REITS for profit Seminars
- Business Risk and Information Security
- TCP/IP Systems and Network Administration
- Microsoft Certified Systems Engineer
- Novell Certified Systems Engineer
- MVS System and Applications Admininstration

## Languages

**English**

**Hindi**

**Nepali**

## Interests

I am a voracious broad reader and observer of global businesses | world history | capitalism | current events | and strategic innovations. These interests and knowledge are building blocks to my professional skills adding strong profitable value to the success of my employer.

## Certifications

**MCSE**
Microsoft

**CNE**
Novell

**WWW and TCP/IP Networks**
Netscape

**MVS and 370 Administration**

LinkedIn     What is LinkedIn?    Join Today    Sign In

## Recommendations

A preview of what LinkedIn members have to say about RJ:

> I worked with RJ at Zscaler and it was an absolute pleasure ! He is the consummate sales professional. He has a great ability to listen and focus on the customer needs,...
> See more

> RJ is a person that understands what it takes to start a company in a certain region. He will focus on creating revenue. We worked together on several deals,...
> See more

Sign up to see who recommended RJ

Groups

 Computer Security In...  The CIO Forum  VP Sales - Informatio...  Software as a Servic...

 Technology Sales Jobs  Security Architecture  Information Security ...  See 2 more

## View RJ'S full profile to...

- See who you know in common
- Get introduced
- Contact **RJ** directly

**View RJ'S Full Profile**

Not the RJ you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more    Browse members by country

 © 2016  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Unsubscribe

LinkedIn.    What is LinkedIn?    Join Today    Sign In