# Exhibit 9

# Malwarebytes
Click for Full Company Profile (companyprofile.php?cid=12079)

Senior Sales Engineer - NY (Remote)

### Investors :

Highland Capital Partners (investorprofile.php?cid=168) | Highland Europe (investorprofile.php?cid=15185)

### Location :

10 Almaden Blvd
Tenth Floor
San Jose, CA 95138

### Overview :

Malwarebytes is community. Malwarebytes is technology. Malwarebytes is a belief that every person has a fundamental right to a malware-free existence.f

Hide company information

Send to Friend: 

# Job Details

**Malwarebytes**

## Senior Sales Engineer - NY (Remote)
New York, US

Malwarebytes - Full-Time | Job date : 09-21-2016

### Description
Who We Are

Malwarebytes is a leading provider of anti-malware software solutions to consumers and businesses alike. Our flagship technologies and products protect more than 120 million computers around the world! In the highly competitive security software sector, we have earned an international reputation for our rapid response and high success rate in combating new malicious threats. We're growing fast and we need your help!

Who We Need

As a Malwarebytes Senior Sales Engineer you and your Regional Sales Manager will be responsible for presenting Malwarebytes security solution to prospective customers, creating and delivering demonstrations of the products, gathering customer technical requirements, creating evaluation test plans with customers, and then managing the evaluation process to a successful conclusion. You will work closely with customers as their primary point of contact for feedback and resolution of issues, and will be the customers' advocate for issues that require assistance from the HQ Customer Success team. You will provide feedback to the Product Management team on new feature requests and product enhancements from your customer base. Extensive domestic travel within the territory is required.

What You'll Do

We are looking for a skilled Security Engineer to analyze software designs and implementations from a security perspective, and identify and resolve security issues. You will include the appropriate security analysis, defences and countermeasures at each phase of the software development lifecycle, to result in robust and reliable software.

Skills You'll Need to Have

Identifies current and future customer service requirements by establishing personal rapport with potential and actual customers and other persons in a position to understand service requirements.
Provides product, service, or equipment technical and engineering information by answering questions and requests.
Establishes new accounts and services accounts by identifying potential customers; planning and organizing sales call schedule.
Prepares cost estimates by studying blueprints, plans, and related customer documents; consulting with engineers, architects, and other professional and technical personnel.
Gains customer acceptance by explaining or demonstrating cost reductions and operations improvements.
Develops customer's staff by providing technical information and training.
Complies with federal, state, and local legal requirements by studying existing and new legislation; anticipating future legislation; advising customer on product, service, or equipment adherence to requirements; advising customer on needed actions.
Prepares sales engineering reports by collecting, analyzing, and summarizing sales information and engineering and application trends.
Maintains professional and technical knowledge by attending educational workshops; reviewing professional publications; establishing personal networks; participating in professional societies.
Contributes to sales engineering effectiveness by identifying short-term and long-range issues that must be addressed; providing information and commentary pertinent to deliberations;

recommending options and courses of action; implementing directives.
Contributes to team effort by accomplishing related results as needed.

Who We Are

Malwarebytes is a leading provider of anti-malware software solutions to consumers and businesses alike. Our flagship technologies and products protect more than 120 million computers around the world! In the highly competitive security software sector, we have earned an international reputation for our rapid response and high success rate in combating new malicious threats. We're growing fast and we need your help!

Who We Need

Malwarebytes is growing rapidly. We are engaged in a constant, escalating fight against malware writers who play by no rules. As a result, we face challenges requiring more than just intelligence and technical fluency. Of equal importance are flexibility, independence, a drive to learn new skills, and a creative approach to problem-solving. We're not looking for people who know all the answers; we want people who can create solutions.

What You'll Do

Work in an agile development environment on our Mac OS product, collaborating with the team to deliver quality software iteratively
Convert requirements into test cases and help define use case scenarios based on product and domain knowledge
Find defects according to test case execution steps. Provide specific steps to reproduce reported problems
Work with developers to debug and identify defect root cause. Independently perform the testing effort for a component of the product
Plan and scope the test strategy for a small feature or component of a feature
Simulate customer environments and work with Customer Facing Teams to perform escalation root cause analysis and convert them to test cases
Design and implement automated testing for product components

Skills You'll Need to Have

Experience on installation and configuration of Mac OSx 10.7 or higher
Experience with scripting languages like Python/BASH/Perl or object-oriented programming languages like Java/C++ is required
Experience with Malware and Adware removal Testing on a Mac is a strong plus
Knowledge of how to apply test automation for efficient testing practices is preferred
Knowledge about various types Consumer and Enterprise level Mac AV Products is a big plus
2-4 years of software industry experience with hands-on QA experience
BS/MS in Computer Science or a related technical discipline, or equivalent work experience is required
Experience working in a fast-paced, cross-geography engineering environment
Understanding of QA methodologies, best practices and terminology

Strong technical, analytical and problem-solving skills
Able to work independently and as part of a team
Excellent verbal and written communication skills
What We Offer

An opportunity to do something great for yourself and the world
A great work environment that supports growth and development
Competitive compensation and benefit packages
401(k) matching program
Open time off policy
Stocked kitchen with healthy (and some unhealthy) drinks, snacks, fruit and lunch options
A company who enjoys having fun; holiday and summer parties, annual global company off-site, experienced a private Star Wars pre-opening day viewing and lots of other great stuff

APPLY NOW (JOBAPPLY.PHP?JOBID=551201)

*Disclaimer: Local Candidates Only*

## Jobseekers

Register Now (register.php)

Search Jobs (job_search.php)

Login (login.php)

Contact us (contactus.php)

## Information

About Us (aboutus.php)

Advertise With Us (mailto:sales@ventureloop.com)

Terms & Conditions (termsofservice.php)

Privacy Policy (privacy.php)

Help (help.php)

## Contact Us

✉ help@ventureloop.com (mailto:help@ventureloop.com)

## Get the latest startup news in your email box:

VentureLoop Startup Newsletter

 Enter Your Email Here

©2007-2016 VentureLoop. All Rights Reserved.

