# Exhibit 10

  LABS

For Home   For Business   Products   Support   Labs   Company

Blog    Threats    Scams    MBTV    Forums



CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

# Malwarebytes acquires AdwCleaner

Posted October 19, 2016 by Marcin Kleczynski

As many of you have already seen, last week I blogged that we would be getting more aggressive in the detection of Potentially Unwanted Programs, or "PUPs" as we call them.

I'd like to announce that we're advancing that mission with the acquisition of AdwCleaner.

AdwCleaner is a popular product, installed over 200 million times, and used by consumers, technicians, and enterprises all over the globe to remove adware, browser hijackers, other potentially unwanted programs, and more. As I write this, it averages more than 200,000 downloads per day and has grown quickly across the world. AdwCleaner released its sixth major version in 2016. Jérôme Boursier and Corentin Chepeau, two of the company's founders will now join Malwarebytes in engineering and research roles.

Short term, we will work to give the product a facelift and enhance its detection ability. Over a longer period, we hope to learn from and integrate the technology into our flagship product, Malwarebytes Anti-Malware. AdwCleaner will remain free as a standalone product.

Consumers and businesses download AdwCleaner more than 200,000 times per day, making it one of the most downloaded products on many sites. Installed around 200 million times, AdwCleaner has proven effective against bloatware, questionable software and specific types of malware.

As a reminder, you can read more about our PUP classification criteria here! Find more detail in TechCrunch's take on today's acquisition.

Learn more about AdwCleaner: https://www.malwarebytes.com/adwcleaner_welcome/.

Download the free version of AdwCleaner: https://www.malwarebytes.com/adwcleaner/.

## SHARE THIS ARTICLE

## COMMENTS

## RELATED ARTICLES

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

### Welcome to Malwarebytes Unpacked

April 20, 2012 - Malwarebytes was founded with the community in mind. Facebook, Twitter, our forums, and countless other outlets have allowed us to communicate with you, our community. We felt a major piece was missing. Welcome to Malwarebytes Unpacked. Malwarebytes Unpacked is the official Malwarebytes blog providing you with the latest exciting news and cutting edge research directly...

CONTINUE READING        6 Comments

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

### Yesterday's Database Update Issue

April 16, 2013 - It saddens me to report that at around 3 PM PST yesterday, Malwarebytes released a definitions update that disabled thousands of computers worldwide. Within 8 minutes, the update was pulled from our servers. Immediately thereafter, users flocked to our support helpdesk and forums to ask us for a fix. I want to offer my sincere...

CONTINUE READING        6 Comments

CEO ANNOUNCEMENTS   |   MALWAREBYTES NEWS

### Improvements to our Updating Process

April 18, 2013 - It's been a rough week here at Malwarebytes, and I'm sure for many of you as well. We've spent the entire week focused on supporting the users affected by Monday's false positive, as well as implementing systems to prevent this type of problem from ever happening again. If you

## ABOUT THE AUTHOR

 Marcin Kleczynski
CEO and Co-Founder of Malwarebytes

Likes long walks on the beach and hates fish.

## CATEGORIES

101

Cybercrime

Malwarebytes news

Security world

Threat analysis

## SUBSCRIBE

Email

GO

Subscribe to RSS

## TOP POSTS

Forced into installing a Chrome extension

Tech support scammers abuse bug in HTML5 to freeze computers

Fake pharma sites are getting even more obnoxious

Malwarebytes Labs wants your feedback

Video found freezing Apple devices

