# Exhibit 12

**Malware**bytes



# PUP Reconsideration Information

### How do we identify potentially unwanted software?

Analyzing and categorizing potentially unwanted software is a complex problem. Developers of potentially unwanted software rapidly evolve their products. Some even contain a few characteristics that resemble legitimate software to mask the unwanted functionality. It's an on-going process, and we work hard to identify common behaviors that help provide you the highest level of protection. In some cases, where the behavior is questionable, we will list the application even if it does not neatly fit into the listed criteria. In other words, we use our judgment.

While we highlight potentially unwanted programs, you then make a choice in the exclusions list and select what you want to keep or remove.

Here are some of the criteria we use:

- obtrusive, misleading, or deceptive advertising, branding, or search practices

- excessive or deceptive distribution, affiliate or opt-out bundling practices

- aggressive or deceptive behavior especially surrounding purchasing or licensing

- unwarranted, unnecessary, excessive, illegitimate, or deceptive modifications of system settings or configuration (including browser settings and toolbars)

- difficulty uninstalling or removing the software

- predominantly negative feedback or ratings from the user community

- diminishes user experience

- other practices generally accepted as riskware, scareware, adware, greyware, or otherwise commonly unwanted software by the user community

To keep our analysis useful, we regularly update our software with applications meeting our criteria. While we work hard not to, sometimes we get it wrong. If you want to submit your application for reconsideration, please email legal@malwarebytes.com.

For the most part, publishers of potentially unwanted software are not hobbyists. They are sophisticated businesses with big budgets and infrastructure. Given this, new forms of potentially unwanted software frequently emerge and proliferate. To respond promptly, we reserve the right to adjust, expand and update our criteria without prior notice or announcements.



NEWSLETTER

Enter your e-mail

SUBMIT

CONTACT

Malwarebytes

3979 Freedom Circle, 12th Floor

Santa Clara, CA 95054

EULA    Privacy    Terms of Service    © 2016 Malwarebytes

Language: **English**