# Exhibit 13



Recently Browsing    0 members

No registered users viewing this page.

🏠 Home > Malwarebytes Anti-Malware Support > Malwarebytes Anti-Malware > Malwarebytes flags Spyhunter          📧 All Activity

Privacy Policy    Contact Us

▲ Back to Top

Malwarebytes
Community Software by Invision Power Services, Inc.

https://forums.malwarebytes.org/topic/189201-malwarebytes-flags-spyhunter/ captured at 12/5/2016 8:31 PM UTC