UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MALWAREBYTES INC.,<br><br>　　　　　　Defendant. | Case No. 1:16-cv-07885 (PAE)<br><br>**MALWAREBYTES INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6) AND ALTERNATIVE MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404** |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

　　Defendant Malwarebytes Inc. ("Malwarebytes") hereby moves to transfer this action to the Northern District of California pursuant to 28 U.S.C. § 1404 for the convenience of the parties and witnesses and in the interest of justice. In the alternative, Malwarebytes moves to dismiss the First Amended Complaint brought by Enigma Software Group USA, LLC (Docket No. 33) pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted.

　　Malwarebytes bases this motion on this Notice and Motion, the accompanying Memorandum of Law, Declaration of Mark Harris and the exhibits thereto, its Request for Judicial Notice and the exhibits thereto, the Declaration of Tyler Newby, the pleadings filed in this action, and any other materials or oral argument that the Court may properly consider in connection with this Motion.

Dated:  December 28, 2016

Respectfully submitted,

FENWICK & WEST LLP

By:    *s/ Tyler G. Newby*
Attorneys for Defendant
MALWAREBYTES INC.

Tyler G. Newby
tnewby@fenwick.com
Sapna Mehta
smehta@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:415.281.1350