UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA LLC,<br>Plaintiff,<br>v.<br>MALWAREBYTES INC.,<br>Defendant. | Case No. 5:17-cv-02915-EJD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SET STATUS CONFERENCE**<br><br>Re: Dkt. No. 75 |

Defendant asks this Court to schedule a conference to address the status of its motion to dismiss that was pending before this case was transferred from the Southern District of New York. Dkt. No. 75.

A case management conference is currently scheduled for September 7, 2017. The Court will address the status of Defendant's motion to dismiss at that conference. A separate status conference is unnecessary. Accordingly, Defendant's motion (Dkt. No. 75) is DENIED.

**IT IS SO ORDERED.**

Dated: August 7, 2017

EDWARD J. DAVILA
United States District Judge