UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA LLC, <br> Plaintiff, <br> v. <br> MALWAREBYTES INC., <br> Defendant. | Case No. 5:17-cv-02915-EJD <br><br> **JUDGMENT** |

Defendant's motion to dismiss having been granted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: November 7, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-02915-EJD
JUDGMENT

1