**FILED**

**SEP 16 2019**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC, <br><br>  Plaintiff-Appellant, <br><br> v. <br><br> MALWAREBYTES, INC., <br><br> Defendant-Appellee. | No.   17-17351 <br><br> D.C. No. 5:17-cv-02915-EJD <br> Northern District of California, San Jose <br><br> ORDER |

Before: SCHROEDER and RAWLINSON, Circuit Judges, and LASNIK,[*] District Judge.

The Appellee's Unopposed Motion for Extension of Time to File A Petition for Rehearing En Banc, Docket No. 43, is **GRANTED.**  Petition for Panel Rehearing En Banc is due on or before October 28, 2019.

---

[*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.