| | |
|---|---|
| Edward P. Sangster (SBN 121041)<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>ed.sangster@klgates.com<br><br>Terry Budd (*Pro Hac Vice*)<br>BUDD LAW PLLC<br>120 Lyndhurst Circle<br>Wexford, PA 15090<br>Telephone: 412-613-2541<br>terry.budd@buddlawglobal.com<br><br>Christopher M. Verdini (*Pro Hac Vice*)<br>Anna Shabalov  (*Pro Hac Vice*)<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>Telephone: (412) 355-6500<br>Facsimile: (412) 355-6501<br>christopher.verdini@klgates.com<br>anna.shabalov@klgates.com<br><br>Attorneys for Plaintiff ENIGMA SOFTWARE GROUP USA, LLC | TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com<br>SAPNA MEHTA (CSB No. 288238)<br>smehta@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone:    415.875.2300<br>Facsimile:     415.281.1350<br><br>Attorneys for Defendant<br>MALWAREBYTES INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Enigma Software Group USA, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>Malwarebytes Inc.,<br><br>        Defendant. | Case No.: 5:17-cv-02915-EJD<br><br>**JOINT STATUS STATEMENT**<br><br>Date: July 2, 2020<br>Time: 10:00 am<br>Judge: Hon. Edward J. Davila |

Pursuant to the Clerk's May 18, 2020 Notice Continuing Hearing, *see* Dkt. 129, which directed Plaintiff Enigma Software Group USA, LLC ("Enigma") and Defendant Malwarebytes Inc. ("Malwarebytes") (collectively, "the Parties") to file a joint status statement on June 22, 2020, the Parties hereby jointly submit this status statement in advance of the status conference scheduled for July 2, 2020:

1. As set forth in greater detail in the Parties' previous Joint Status Statement dated May 18, 2020, *see* Dkt. 128, the parties are currently engaged in briefing before the Supreme Court of the United States on Malwarebytes' Petition for a Writ of Certiorari ("Petition"). Malwarebytes filed its Petition on May 11, 2020. Enigma's response is due by July 27, 2020, after which Malwarebytes is entitled to file a reply. Given the briefing schedule and the Supreme Court's COVID-19 Orders, the Parties anticipate briefing on the Petition to extend through much of the summer.

2. On April 28, 2020, the Court, pursuant to a joint stipulation by the parties and in view of the continuing Shelter in Place Order in California, extended the deadline for the Parties' mediation with court-appointed mediator Roderick M. Thompson from May 11, 2020 to June 10, 2020. *See* Dkt. 127. The Parties conducted a virtual mediation session with Mr. Thompson on June 5, 2020, but were unable to reach a settlement. The Parties believe there may be additional opportunity for productive mediation after the Supreme Court rules on Malwarebytes' Petition.

3. In view of the foregoing, the Parties continue to believe that discovery before this Court should be stayed pending the Supreme Court's disposition of Malwarebytes' Petition.

4. Additionally, the Parties respectfully submit that in view of the foregoing, the Court may wish to continue the scheduled July 2, 2020 status conference until such time as the Parties notify this Court that the Supreme Court has issued a decision on Malwarebytes' Petition. In the event that the Court is not inclined to do so, the Parties stand ready to proceed with the July 2, 2020 status conference as originally scheduled.

Dated: June 22, 2020              Respectfully submitted,

                                  BUDD LAW PLLC


                                  By: /s/ Terry Budd
                                      Terry Budd
                                      Attorney for Defendant
                                      ENIGMA SOFTWARE GROUP USA, LLC


                                  FENWICK & WEST LLP


                                  By: /s/ Tyler G. Newby
                                      Tyler G. Newby
                                      Attorney for Defendant
                                      MALWAREBYTES INC.


**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: June 22, 2020              BUDD LAW PLLC


                                  By: /s/ Terry Budd
                                      Terry Budd
                                      Attorney for Plaintiff
                                      ENIGMA SOFTWARE GROUP USA, LLC