UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ENIGMA SOFTWARE GROUP USA, LLC,

    Plaintiff,

v.

MALWAREBYTES INC.,

    Defendant.

Case No.: 5:17-cv-02915 (EJD)

~~[PROPOSED]~~ ORDER

Upon consideration of the parties' Joint Status Statement, it is **HEREBY ORDERED** that Enigma shall file an amended complaint on or before November 30, 2020.  [In addition, the Court makes the further orders stated below:]

Dated:  October 19, 2020

_____
The Honorable Edward J. Davila
United States District Judge