| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 8 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ENIGMA SOFTWARE GROUP USA, LLC,

　　　　　Plaintiff-Appellant,

　v.

MALWAREBYTES, INC.,

　　　　　Defendant-Appellee.

No.　21-16466

D.C. No. 5:17-cv-02915-EJD
Northern District of California,
San Jose

ORDER

Before: CLIFTON and BUMATAY, Circuit Judges, and BAKER,[*] International Trade Judge.

　　Appellee's unopposed motion for an extension of time (Docket Entry No. 39) to file a petition for panel rehearing and/or rehearing en banc is GRANTED.

The petition is now due on June 30, 2023.

---

　　[*]　The Honorable M. Miller Baker, International Trade Judge for the United States Court of International Trade, sitting by designation.