| | |
|---|---|
| Edward P. Sangster (SBN 121041)<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>ed.sangster@klgates.com<br><br>Terry Budd (*Pro Hac Vice*)<br>BUDD LAW PLLC<br>120 Lyndhurst Circle<br>Wexford, PA 15090<br>Telephone: 412-613-2541<br>terry.budd@buddlawglobal.com<br><br>Christopher M. Verdini (*Pro Hac Vice*)<br>Anna Shabalov (*Pro Hac Vice*)<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>Telephone: (412) 355-6500<br>Facsimile: (412) 355-6501<br>christopher.verdini@klgates.com<br>anna.shabalov@klgates.com<br><br>Attorneys for Plaintiff ENIGMA SOFTWARE GROUP USA, LLC | **HUESTON HENNIGAN LLP**<br>Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com<br>Michael H. Todisco, State Bar No. 315814<br>mtodisco@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:   (213) 788-4340<br>Facsimile:    (888) 775-0898<br><br>*Attorneys for Defendant Malwarebytes Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Enigma Software Group USA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Malwarebytes Inc.,<br><br>　　　　Defendant. | Case No.: 5:17-cv-02915-EJD<br><br>**JOINT STATUS STATEMENT**<br><br>Judge: Hon. Edward J. Davila |

Although not expressly ordered by the Court, Plaintiff Enigma Software Group USA, LLC ("Enigma") and Defendant Malwarebytes Inc. ("Malwarebytes") (collectively, "the Parties") jointly submit this status statement to provide an update and additional information to assist the Court in advance of the October 19, 2023 Status Conference.

1. Counsel for the Parties have engaged in several meet and confer telephone calls in advance of the Status Conference to discuss, among other things, the case schedule moving forward.

2. Malwarebytes has confirmed that it intends to file a Rule 12(b)(6) Motion to Dismiss Enigma's Second Amended Complaint on or before October 16th.

3. Malwarebytes plans to move to dismiss on three primary issues: (1) that Enigma's Lanham Act and New York General Business Law claims fail because the challenged statements are not commercial speech; (2) that those claims also fail because Enigma has not plausibly alleged material deception of a substantial segment of the public; and (3) that Enigma's tortious interference claim fails for lack of independently wrongful act.

4. Consistent with the Court's Order adopting the Parties' Joint Stipulation (as modified) (Dkt. 174), Enigma will file its opposition to Malwarebytes' motion on or before November 17th.

5. The parties have agreed, subject to the Court's approval, that discovery shall not begin until the Court rules on Malwarebytes' Rule 12(b)(6) Motion.  During the meet and confer conferences, counsel for Malwarebytes requested that discovery not take place during the pendency of its Rule 12(b)(6) Motion.  Enigma understands and sees the benefits to Malwarebytes' requested stay of discovery to facilitate the orderly and efficient progression of this case and to make best use of the Court's and the parties' time and resources, particularly because Malwarebytes is no longer blocking Enigma's anti-malware software and thus, the case, as currently configured, will largely focus on liability and past damages (as opposed to ongoing/future damages or relief) and because the resolution of Malwarebytes' Rule 12(b)(6) Motion has the potential to change the nature and scope of discovery.

6.    Promptly upon resolution of the Rule 12(b)(6) Motion, the Parties have agreed they will submit a Revised Joint Case Management Statement to the Court that will include a proposed schedule for discovery and will be prepared to appear for a case management conference, if the Court so desires.

7.    The Parties stand ready to appear before the Court at the currently scheduled October 19 status conference and to assist the Court in answering any questions or reviewing any matters in this case.

Dated:   October 10, 2023          Respectfully submitted,

K&L GATES LLP

By: /s/ Christopher M. Verdini
Christopher M. Verdini
Attorney for Plaintiff
ENIGMA SOFTWARE GROUP USA, LLC

HUESTON HENNIGAN LLP

By: /s/ Michael H. Todisco
Michael H. Todisco
Hueston Hennigan LLP
Attorneys for Defendant
MALWAREBYTES INC.

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: October 10, 2023                K&L GATES LLP

                                       By: /s/ Christopher M. Verdini
                                           Christopher M. Verdini
                                           Attorney for Plaintiff
                                           ENIGMA SOFTWARE GROUP USA, LLC

## **NOTICE OF SERVICE**

I certify that on October 10, 2023, the foregoing was filed electronically using CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Christopher M. Verdini*
Christopher M. Verdini