| | |
|---|---|
| **HUESTON HENNIGAN LLP**<br>Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com<br>Michael H. Todisco, State Bar No. 315814<br>mtodisco@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:   (213) 788-4340<br>Facsimile:    (888) 775-0898<br><br>*Attorneys for Defendant*<br>*Malwarebytes Inc.* | **BUDD LAW PLLC**<br>Terry Budd (Pro Hac Vice)<br>terry.budd@buddlawglobal.com<br>120 Lyndhurst Circle<br>Wexford, PA 15090<br>Telephone: 412-613-2541<br><br>**K&L GATES LLP**<br>Edward P. Sangster (SBN 121041)<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>ed.sangster@klgates.com<br><br>*Attorneys for Plaintiff ENIGMA SOFTWARE*<br>*GROUP USA, LLC* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MALWAREBYTES INC.,<br><br>　　　　　Defendant. | Case No. 5:17-cv-02915-EJD<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE ANSWER TO SECOND AMENDED COMPLAINT** |

- 1 -
JOINT STIPULATION TO SET DEADLINES RELATED TO SECOND AMENDED COMPLAINT

6484393

Pursuant to Local Rule 6-2, Defendant Malwarebytes Inc. ("Malwarebytes") and Plaintiff Enigma Software Group USA, LLC ("Enigma") hereby stipulate that, for the reasons set forth below, good cause exists to extend the deadline for Malwarebytes to file its Answer to Enigma's Second Amended Complaint:

WHEREAS, on June 6, 2024, the Court denied Malwarebytes' renewed motion to dismiss Enigma's Second Amended Complaint [Dkt. 189];

WHEREAS, under Rule 12(a)(4) of the Federal Rules of Civil Procedure and as provided in the Court's June 6, 2024 , Malwarebytes is currently required to file its Answer to Enigma's Second Amended Complaint within 14 days of the entry of the Motion to Dismiss Order, i.e., on or before June 20, 2024;

WHEREAS, counsel for Malwarebytes is preparing for a JAMS arbitration that begins June 24, 2024 and will conclude August 2, 2024, as described in the attached Declaration;

WHEREAS, Malwarebytes reasonably anticipates that preparation of its Answer to the Second Amended Complaint, which includes 250 paragraphs of allegations (many of which relate to conduct pre-dating the original complaint filed in 2016), will require more time than the 14-day default set forth in the Rules;

WHEREAS, the Parties stipulate to extend the deadline for Malwarebytes to file its Answer to the Second Amended Complaint by 45 days, which will result in the Answer being due on or before Monday, August 5, 2024;

WHEREAS, notwithstanding the requested extension, the Parties are cooperating in good faith to resume these proceedings, including holding a meet and confer on June 17, 2024 in advance of the July 11 Status Conference before the Court;

WHEREAS, the Parties thus believe that the requested extension of time for Malwarebytes to respond to the Second Amended Complaint will not unduly delaying proceedings while providing adequate time for Malwarebytes to prepare its responsive pleading;

WHEREAS, Northern District of California Local Rule 6-1 specifies that "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline

already fixed by Court order";

WHEREAS, Northern District of California Local Rule 6-2 similarly states that "[a] Court order is required for any enlargement of time . . . that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged by the Court (other than initial response to the complaint");

WHEREAS, other than the current deadline for Malwarebytes to file an Answer, the stipulated to extension of time for Malwarebytes to answer the Second Amended Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, in an abundance of caution, in addition to this stipulation, the Parties have also submitted a Proposed Order (and Malwarebytes's counsel has submitted a declaration) related to the stipulated extension;

**It is hereby stipulated that**: Malwarebytes will file its Answer to the Second Amended Complaint on or before Monday, August 5, 2024. To the extent Malwarebytes files a pleading that requires a response from Enigma, the parties stipulate that Enigma will have 45 days to respond to that pleading.

Dated:  June 17, 2024         HUESTON HENNIGAN LLP

                              By:  /s/ Michael H. Todisco
                                   Michael H. Todisco
                                   Hueston Hennigan LLP
                                   Attorneys for Defendant
                                   MALWAREBYTES INC.

Dated:  June 17, 2024         BUDD LAW PLLC

                              By:  /s/ Terry Buddy
                                   Terry Budd*
                                   Attorneys for Plaintiff
                                   ENIGMA SOFTWARE GROUP USA, LLC
                                   * e-signed with permission

**PROPOSED ORDER**

This cause came before the Court pursuant to the above stipulation of the parties. For good cause appearing, **IT IS SO ORDERED** that the deadline for Malwarebytes to file its Answer to the Second Amended Complaint is extended until Monday, August 5, 2024. To the extent Malwarebytes files a pleading that requires a response from Enigma, Enigma shall have 45 days to respond to that pleading.

Dated: _____, 2024

_____
Honorable Edward J. Davila
United States District Court Judge

## DECLARATION OF MICHAEL H. TODISCO

I, Michael H. Todisco, declare as follows:

1. I am an attorney licensed to practice before this Court and am counsel at Hueston Hennigan LLP, counsel of record for Defendant Malwarebytes. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to such facts.

2. On June 6, 2024, the Court denied Malwarebytes' renewed motion to dismiss Enigma's Second Amended Complaint and ordered Malwarebytes's answer to be filed within 14 days (i.e., by June 20, 2024), consistent with the 14-day deadline in Rule 12(a)(4) for a response after the denial of a motion to dismiss.

3. I am currently preparing for the liability phases of a private JAMS arbitration that begin Monday, June 24 and are scheduled to conclude on Friday, August 2. Until August 2, the aforementioned arbitration will require the substantial majority of my time.

4. Additionally, the Second Amended Complaint includes 250 paragraphs across 76 pages, including related to conduct pre-dating the original 2016 Complaint. Given the volume of allegations and the fact that many of them occurred eight or more years ago, Malwarebytes anticipates that it will require more than the 14-day default in Rule 12 to prepare its responsive pleading.

5. This is the first and only anticipated request to extend Malwarebytes's deadline to answer the Second Amended Complaint. There have been eight previous time modifications in this case (Dkts. 113, 127, 129, 132, 134, 142, and 174) that have been requested and granted primarily due to the two appeals in this case and extensions requested in light of the COVID-19 pandemic, or because, in the case of Dkt. 174, there was no existing, set deadline.

6. This modification will not alter any deadlines or orders set by the Court other than the current deadline for Malwarebytes to file an Answer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of June 2024, at Pacific Palisades, California.

_____
Michael H. Todisco