AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Enigma Software Group USA, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:17-cv-02915-EJD |
| Malwarebytes Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Malwarebytes Inc.

Date:   07/08/2024

*Attorney's signature*

Warren Crandall, CA SBN 340077
*Printed name and bar number*

Hueston Hennigan LLP
1 Little West 12th St., Floor 2
New York, NY 10014
*Address*

wcrandall@hueston.com
*E-mail address*

(212) 715-1125
*Telephone number*

(888) 866-4825
*FAX number*