# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MALWAREBYTES INC.,<br><br>    Defendant. | Case No. 5:17-cv-02915-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING **TELEPHONIC APPEARANCE** ~~DEFENDANT MALWAREBYTES INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO APPEAR VIA ZOOM~~<br><br>**\* AS MODIFIED \*** |

- 1 -

1    Upon consideration of Malwarebytes' Unopposed Administrative Motion to Appear via
2  Zoom, and for good cause shown, IT IS HEREBY ORDERED that Warren Crandall is hereby
3  permitted to appear telephonically ~~via Zoom~~ at the July 11, 2024 Status Conference.

4    Mr. Crandall shall provide by email to the Courtroom Deputy a telephone number to a land
5  line at which he may be reached at the time of the hearing.

6    IT IS SO ORDERED.

8  DATED:   July 8, 2024

   HON. EDWARD J. DAVILA
   UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE ~~MALWAREBYTES INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO APPEAR VIA ZOOM~~

6698298