| | |
|---|---|
| Edward P. Sangster (SBN 121041)<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>ed.sangster@klgates.com<br><br>Terry Budd (*Admitted Pro Hac Vice*)<br>BUDD LAW PLLC<br>120 Lyndhurst Circle<br>Wexford, PA 15090<br>Telephone: 412-613-2541<br>terry.budd@buddlawglobal.com<br><br>Christopher M. Verdini  (*Admitted Pro Hac Vice*)<br>Anna Shabalov  (*Admitted Pro Hac Vice*)<br>Sarah A. Decker (*Admitted Pro Hac Vice*)<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>Telephone: (412) 355-6500<br>Facsimile: (412) 355-6501<br>christopher.verdini@klgates.com<br>anna.shabalov@klgates.com<br><br>Attorneys for Plaintiff<br>ENIGMA SOFTWARE GROUP USA, LLC | **HUESTON HENNIGAN LLP**<br>Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com<br>Michael H. Todisco, State Bar No. 315814<br>mtodisco@hueston.com<br>Spencer Schmider, State Bar No. 332147<br>sschmider@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:    (213) 788-4340<br>Facsimile:       (888) 775-0898<br><br>Warren Crandall, State Bar No. 340077<br>wcrandall@hueston.com<br>1 Little West 12th St, Second Floor<br>New York, NY 10014<br>Telephone:    (646) 930-4046<br><br>*Attorneys for Defendant*<br>*Malwarebytes Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>MALWAREBYTES INC.,<br><br>           Defendant. | Case No. 5:17-cv-02915-EJD<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIMS** |

- 1 -
JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIMS

1    Pursuant to Local Rule 6-2, Plaintiff Enigma Software Group USA, LLC ("Enigma") and Defendant Malwarebytes Inc. ("Malwarebytes") hereby stipulate that, for the reasons set forth below, good cause exists to extend the deadline for Enigma to file its response to Malwarebytes' Counterclaims:

WHEREAS, on June 17, 2024, the Parties filed a Joint Stipulation in which the Parties stipulated that (i) Malwarebytes' deadline to file a response to Enigma's Second Amended Complaint would be extended from June 20, 2024 to August 5, 2024 and (ii) to the extent Malwarebytes filed a pleading that required a response from Enigma, Enigma's responsive pleading would be due 45 days after Malwarebytes' filing [Dkt. 191];

WHEREAS, on June 18, 2024, the Court approved the Parties' June 17, 2024 Joint Stipulation [Dkt. 192];

WHEREAS, on July 11, 2024 and July 18, 2024, the Court held status conferences with the Parties to discuss, among other things, case scheduling and ADR [Dkt. 200; Dkt. 201];

WHEREAS, on July 18, 2024, the Court referred this matter to United States Magistrate Judge Nathanael M. Cousins to conduct a settlement conference [Dkt. 202];

WHEREAS, based upon the availability of Magistrate Judge Cousins and the Parties, the settlement conference has been set for September 26, 2024 [Dkt. 203];

WHEREAS, on August 5, 2024, Malwarebytes filed its Answer and Counterclaims to Plaintiff's Second Amended Complaint [Dkt. 204];

WHEREAS, pursuant to the Parties' June 17, 2024 Stipulation, Enigma's pleading in response to Malwarebytes' Counterclaims, which may include a Rule 12 motion given the matters raised in the Counterclaims, is due September 20, 2024;

WHEREAS, other than the scheduled settlement conference and Enigma's deadline to respond to Malwarebytes' Counterclaims, there are no other events or deadlines already fixed by Court order;

WHEREAS, Enigma submits that good cause exists for the requested extension because (i) it will allow Enigma to focus on preparation for the settlement conference and engage in follow-up settlement discussions with Magistrate Judge Cousins, if needed, without incurring the costs of

simultaneously preparing its response to the Counterclaims; (ii) if settlement discussions are successful, it would relieve the Court and Malwarebytes from having to address possible challenges to the legal sufficiency of the Counterclaims; and (iii) it accounts for the fact that Enigma will be preparing simultaneously for court proceedings on October 28-29, 2024 in connection with Malwarebytes' appeal of the trial court verdict in the Parties' ongoing proceedings in France;

WHEREAS, in light of the foregoing, the Parties stipulate to extend the deadline for Enigma to file its responsive pleading by 45 days, which will result in the pleading being due on or before Monday, November 4, 2024;

WHEREAS, the Parties further stipulate that, to the extent Malwarebytes determines that a response or opposition to Enigma's November 4th filing is warranted, Malwarebytes will file such response on or before Wednesday, December 4, 2024;

WHEREAS, the Parties further stipulate that, if Malwarebytes files a response to Enigma's November 4th filing, Enigma will file its reply, if applicable, on or before Wednesday, December 18, 2024.

WHEREAS, the Parties believe that the requested extension of time for Enigma to respond to Malwarebytes' Counterclaims, and the agreed schedule for any subsequent submissions by the Parties made in connection with it, will not unduly delaying proceedings while providing adequate time for the Parties to best present the remaining issues to this Court;

WHEREAS, Northern District of California Local Rule 6-2 states that "[a] Court order is required for any enlargement of time . . . that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged by the Court (other than initial response to the complaint");

WHEREAS, other than the current deadline for Enigma to file its response to Malwarebytes' Counterclaims, the stipulated to extension of time will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties have submitted a Proposed Order related to the stipulated extension;

**It is hereby stipulated that**: Enigma will file its pleading in response to Malwarebytes' Counterclaims on or before Monday, November 4, 2024.

1    To the extent Malwarebytes determines that a response or opposition to Enigma's filing is
2    warranted, Malwarebytes will file such response on or before Wednesday, December 4, 2024.
3    If Malwarebytes files a response to Enigma's November 4 filing, Enigma will file its reply,
4    if applicable, on or before Wednesday, December 18, 2024.

Dated: August 8, 2024                                         Respectfully submitted,

By:  */s/ Christopher M. Verdini*                             By:   */s/ Michael H. Todisco*
     Edward P. Sangster (SBN 121041)
     K&L GATES LLP                                            HUESTON HENNIGAN LLP
     Four Embarcadero Center, Suite 1200
     San Francisco, CA 94111                                  Moez M. Kaba, State Bar No. 257456
     Telephone: (415) 882-8200                                mkaba@hueston.com
     Facsimile: (415) 882-8220                                Michael H. Todisco
     ed.sangster@klgates.com                                  mtodisco@hueston.com
                                                              Spencer Schmider, State Bar No.
     Terry Budd (*Admitted Pro Hac Vice*)                     332147
     BUDD LAW PLLC                                            sschmider@hueston.com
     120 Lyndhurst Circle                                     523 West 6th Street, Suite 400
     Wexford, PA 15090                                        Los Angeles, CA 90014
     Telephone: 412-613-2541                                  Telephone:    (213) 788-4340
     terry.budd@buddlawglobal.com                             Facsimile:    (888) 775-0898

     Christopher M. Verdini (*Admitted Pro Hac Vice*)         Warren Crandall, State Bar No. 340077
     Anna Shabalov (*Admitted Pro Hac Vice*)                  wcrandall@hueston.com
     Sarah A. Decker (*Admitted Pro Hac Vice*)                1 Little West 12th St, Second Floor
     K&L GATES LLP                                            New York, NY 10014
     K&L Gates Center                                         Telephone:    (646) 930-4046
     210 Sixth Avenue
     Pittsburgh, PA 15222                                     Attorneys for Defendant
     Telephone: (412) 355-6500                                MALWAREBYTES INC.
     Facsimile: (412) 355-6501
     christopher.verdini@klgates.com
     anna.shabalov@klgates.com

     Attorneys for Plaintiff
     ENIGMA SOFTWARE GROUP USA, LLC

**~~PROPOSED~~ ORDER**

This cause came before the Court pursuant to the above stipulation of the parties. For good cause appearing, **IT IS SO ORDERED** that the deadline for Enigma to file its pleading in response to Malwarebytes' Counterclaims is extended and the deadline for Enigma to file its responsive pleading shall be on or before Monday, November 4, 2024. To the extent Malwarebytes determines that a response or opposition to Enigma's filing is warranted, Malwarebytes will file such response on or before Wednesday, December 4, 2024. If Malwarebytes files a response to Enigma's November 4 filing, Enigma will file its reply, if applicable, on or before Wednesday, December 18, 2024.

Dated: \_\_\_August 26\_\_\_, 2024

_____
Honorable Edward J. Davila
United States District Court Judge