1 | **HUESTON HENNIGAN LLP**
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

*Attorneys for Defendant Malwarebytes Inc.*

**BUDD LAW PLLC**
Terry Budd (Pro Hac Vice)
terry.budd@buddlawglobal.com
120 Lyndhurst Circle
Wexford, PA 15090
Telephone: 412-613-2541

**K&L GATES LLP**
Edward P. Sangster (SBN 121041)
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
ed.sangster@klgates.com

*Attorneys for Plaintiff ENIGMA SOFTWARE GROUP USA, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MALWAREBYTES INC., <br><br> Defendant. | Case No. 5:17-cv-02915-EJD <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Enigma Software Group USA, LLC and Defendant/Counter-Plaintiff Malwarebytes Inc. stipulate to dismiss this action with prejudice.  The parties will pay their own costs.

Dated:   October 14, 2024            HUESTON HENNIGAN LLP

By:   /s/ Michael H. Todisco
      Michael H. Todisco
      Hueston Hennigan LLP
      Attorneys for Defendant
      MALWAREBYTES INC.

Dated:   October 14, 2024            BUDD LAW PLLC

By:   /s/ Terry Budd
      Terry Budd*
      Attorneys for Plaintiff
      ENIGMA SOFTWARE GROUP USA, LLC
      *Electronic signature by permission

## **NOTICE OF SERVICE**

I certify that on July 8, 2024, the foregoing was filed electronically using CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Michael H. Todisco*
Michael H. Todisco