| | |
|---|---|
| **HUESTON HENNIGAN LLP**<br>Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com<br>Michael H. Todisco, State Bar No. 315814<br>mtodisco@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:   (213) 788-4340<br>Facsimile:    (888) 775-0898<br><br>*Attorneys for Defendant*<br>*Malwarebytes Inc.* | **BUDD LAW PLLC**<br>Terry Budd (Pro Hac Vice)<br>terry.budd@buddlawglobal.com<br>120 Lyndhurst Circle<br>Wexford, PA 15090<br>Telephone: 412-613-2541<br><br>**K&L GATES LLP**<br>Edward P. Sangster (SBN 121041)<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>ed.sangster@klgates.com<br><br>*Attorneys for Plaintiff ENIGMA SOFTWARE*<br>*GROUP USA, LLC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC,<br><br>                Plaintiff,<br><br>      vs.<br><br>MALWAREBYTES INC.,<br><br>                Defendant. | Case No. 5:17-cv-02915-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Enigma Software Group USA, LLC and Defendant/Counter-Plaintiff Malwarebytes Inc. stipulate to dismiss this action with prejudice. The parties will pay their own costs.

Dated:   October 14, 2024          HUESTON HENNIGAN LLP

By:  /s/ Michael H. Todisco
     Michael H. Todisco
     Hueston Hennigan LLP
     Attorneys for Defendant
     MALWAREBYTES INC.

Dated:   October 14, 2024          BUDD LAW PLLC

By:  /s/ Terry Budd
     Terry Budd*
     Attorneys for Plaintiff
     ENIGMA SOFTWARE GROUP USA, LLC
     *Electronic signature by permission

| | |
|---|---|
| 1 | **<u>NOTICE OF SERVICE</u>** |
| 2 | I certify that on October 14, 2024, the foregoing was filed electronically using CM/ECF. |
| 3 | Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. |
| 5 | /s/ *Michael H. Todisco*<br>Michael H. Todisco |

- 1 -
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

6484393